Brandt L. Wolkin, Esq. SBN 112220
Catharine M. Tolson, Esq. SBN 271223
WOLKIN · CURRAN, LLP
111 Maiden Lane, Sixth Floor
San Francisco, California 94108
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328
bwolkin@wolkincurran.com
ctolson@wolkincurran.com

Attorneys for plaintiff
GRANGE INSURANCE ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION, a Washington corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM ROGERS, an individual, HELEN ROGERS, an individual, AND DOES 1-10,<br><br>    Defendants. | Case No.  4:20-cv-09147-HSG<br><br>**JUDGMENT** |

     Pursuant to the Stipulation for Judgment entered into between Plaintiff GRANGE INSURANCE ASSOCIATION and Defendants HELEN ROGERS and WILLIAM ROGERS, the Court finds it appropriate to enter Judgment in favor of Grange Insurance Association as follows:

     Pursuant to California Insurance Code § 331, Judgment of Rescission is hereby entered in favor of Grange as to Grange Policy No. 2Z00733638, effective August 14, 2020 through August 14, 2021 (the "2020 Policy") issued to Helen and William Rogers.  The Policy is hereby rescinded and void *ab initio*.

///

///

1 | With judgment hereby entered in favor of Grange, this action is ordered dismissed on
2 | the merits with prejudice.  Upon entry of judgement herein, this judgment is final for all
3 | purposes.

6 | Date:  3/9/2021

*Haywood S. Gilliam Jr.* (signature)
THE HONORABLE HAYWOOD S. GILLIAM, JR.